

ORIGINAL

$4 BILLION recovery to government from 6 new defense programs, $27 Bn from OTHER programs

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 1 3 2017

CLERK, U.S. DISTRICT COURT
Deputy

— Original— TO THE COURT (1)

# Pursuant to False Claims Act

## This COURT-filed sealed COMPLAINT and

## EXCLUSIVELY filed REPORT to the eyes and decisions of

## The United States Attorney General

## The Honorable JEFF SESSIONS,

## The Honorable DANA BOENTE, former Acting AG,

## and the Office of the District U.S. Attorney

## 4-17CV- 139 - A

$4 Billion to $27Bn due RECOVERIES to the Government from Defrauding Defense Contractors, for alleged *SHARED-THEFT-PAYS for* air defense technologies that they do not own, and potentially higher recoveries if President Trump's Boeing JES-F-18 OPTION is implemented.



### Served from the Philippines on February 10, 2017

**Filed 21-DOCUMENTS inside attached APPENDIX and 8+14 pages of MAIN TEXT**

1 a

$4 BILLION recovery to government from 6 new defense programs, $27 Bn from OTHER programs

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION

BENJAMIN GAL-OR [1]                    )
DAVID FERNANDEZ GALOR [2]              )
MONICA C. FERNANDEZ [3]               )
ORIGINAL RELATORS UNDER FCA [4]       )

v.                                     )    Civil Action No. _____

NORTHROP GRUMMAN                       )
PRATT & WHITNEY                        )
GENERAL ELECTRIC                       )
GENERAL ATOMICS                        )
BOEING                                 )
LOCKHEED FORT WORTH                    )
DEFENDANTS UNDER FCA [5]               )
                                            Criminal Action No. _____

5.6% of recent $80 Billion Program on the B-21 Bomber [left] should be returned to the government because defense contractors [22-32] are allegedly defrauding the Government from 1986 to 2017 by SHARED-THEFT-PAYS for imported air defense technologies that they do not own [APPENDIX, §§A&B]. Similar recoveries are due from UCLASS, RQ-180, X-45, X-46, X-47 Programs [§V.1, §VIII COUNTS]. Higher recoveries are due if President Trump's JES-F-18 [right] Option is implemented - all in line with President Trump's cost-cutting-quest with defense contractors. [39]




*Under False Claims Act, FCA, [p. V] and SCF [p. VI], up to $27.3 Billion recoveries are due to the government* from defrauding defense contractors - §V.1:   (A)  $4.744 Billion allegedly within 6 recent USG programs - §VIII COUNTS,   (B) $22.2 Billion within other programs, [A1-A21, §§A&B],   (C)  $429 million via *REVERSED DEFRAUDING* by the outgoing administration for mocking-abusing-mooting-denying documented JES-STVS technology imports – *Appendix, TSBI 60-71* - to BOEING, PWA, GE, GD, LM, USAF, FAA as also evidenced by USAF-NATO - *RTO-EN-12,HFM* - :



*"In relatively short period of time (1986-2000) - Benjamin Gal-or and Wolfgang Herbst - have influenced the direction of fighter aircraft design. - e.g. right - Their technology will offer new challenges. -- Solving the inevitable human points problems that will emerge, involve questioning established doctrine and reaching for innovative and imaginative solutions."*

[1] Sole owner [1] and *"Sole Original Source Relator"* - §VI - of *first-in-history* [2-3] *flight-tested, imported*

ii

<u>**$4 BILLION recovery to government from 6 new defense programs, $27 Bn from OTHER programs**</u>

*air defense SACOM-JES-STVS technologies*, invited *by BOEING's President [A.1], imported to* **BOEING, GE, PWA, LM, GD, MDD (BOEING), FAA -** [§B]. *Former professor at Johns Hopkins & Pittsburgh universities; Founder and former head of TIIT Jet–Laboratory; Retired professor of TIIT, Technion-Israel Inst. of Tech.;* 1st *Director of TIIT Institute of Advanced Studies; Editor-in-Chief, Int'l J. Jet Engines;* Author of (a) Review Book [12], p. III, (b) worldwide praised book *"Cosmology, Physics and Philosophy"; Engineer-Scientist-Philosopher; Photos in p. III*. Residing in the Philippines; Israeli citizen & permanent U.S. resident. [4].

[2]   Citizen of the Philippines, biological son of 83-y/o relator Gal-Or, 8 y/o. By certified WILL, *inter alia* filed in US Federal Court, is the sole owner of all Benjamin Gal-Or's properties in case of incapacity or death.

[3]   Citizen of the Philippines, 30 y/o, biological mother of and by stated above WILL, the sole custodian of DAVID FERNANDEZ GALOR as minor; Active contributor in making this sealed FCA-SCF-Based Action.

[4]   <u>Please use only</u> **EMAIL:** galor1benjamin@gmail.com - Tel. +63-908-546-8113. **Often failures** of <u>paper-mail to/from Philippines</u>, where relators currently reside, mean: **Except if required,** mail to *Benjamin C/O Gillad Galor,* Suit 1510, 15th Floor, Chen Can Leung Center, no. 8, Yip Wong, Tuen Mun, **HONG KONG.** (no Zip Code in HK).

[5]   Pursuant to FCA-Statute (page IV), this sealed report is not served on the defendants.

**I.  The COURT has JURISDICTION** pursuant to FCA this action "may be brought in any judicial district in which the defendant or multiple defendants, any one defendant can be found, resides, transacts business"; - 28 U.S.C. § 1332;  - §VI - U.S. Supr. Ct. - "original source relators".

## II.  SUMMARY, TERMINOLOGY

### DEFRAUDING the Government for alleged "SHARED-THEFT-PAYS"

FROM §§A&B and SUMMARY at 5: - **Seven times imported air defense technologies, mostly based on stealth, post-stall supermaneuverability, 3D Jet-Engine-Steering ["JES-STVS"], were first invited to the U.S. in 1986** by Boeing's president - *A1* – **and were next imported to BOEING, GE, PWA, GD, LM, USAF, FAA. MDD (BOEING)** – *TSBI-60-71, [1-8, 17-20]. Id.*



These highly classified, state-protected, 1968-1997 laboratories and unprecedented, first-in-history, 1987 flight testing – *[2-3] v. Book 12 [right] on pre-1986, 237 references* – **unequivocally** prove that the integrated JES-STVS imported, were not available in the U.S. before August 25, 1986 – A1-A21; §§A&B, Id.

<u>**HOWEVER,**</u> these contract-imported JES-STVS technologies - *APPENDIX, §B* - were first allegedly <u>**STOLEN** by Boeing AND fraudulently billed to and paid for by the USG from 1986 to 2017.</u> *FN-6 to FN-12; FCA [p. V], and SCF [p.VI], [40, 41], §V.1, §§A&B, Id.*

<u>$4 BILLION recovery to government from 6 new defense programs, $27 Bn from OTHER programs</u>

**$90 BILLION WASTED:** For instance: (1) Unused, tailed, JES-Less, 1986-NG-YF-23 v. JES-YF-22/F-22 winner, (2) Unused, tailed, canarded USAF/LM Fighter Aircraft Designs - 12 at 161, (3) Unused, tailed JES-Less, <u>canarded</u>, NG-X-29, (4) Unused JES-Less, <u>canarded</u> F-15 STOL, (5) Unused USAF-NASA <u>canarded</u> JES-F-15-ACTIVE (TSBI-60, FN-6), (6) Unused Boeing <u>canarded</u> X-36 v. corrected X-45C, X-46, Phantom Ray, Stingray, (7) lack of JES-STVS to deliver various unprecedented missions illustrated in video & next. Id.

**TSBI:** <u>U.S. Technology Source By these Invited Imports of JES-STVE-based defense technology</u>: First-in-history flight-tested in May 1987 with state-protected [1] TOP-SACOM-JES-STVS-SECRETS <u>canard-less</u> [2-3, later 5-8, 17-20], integrated - A20 - revolutionary technologies-components defined by (a) Import-Contract [A2-A21], (b) deposited with *BOEING, USAF, PWA, GE, LM, FAA* (TSBI 60-71,) §B), (c) USAF-NATO (p. II), (d) §A, (e) §B and classified video [not yet included], which, combined, unequivocally prove that these imported technologies/components have not been in the US *prior to August 25, 1986.* A1-A21, §§A&B, [1-41], COUNTS. Id.



**STVS:** **SUPER-AGILE, JES-STVS** [Summary] **OPTIONALLY PILOTED** A/C or ONEWAY OPTIONAL MISSION of designs imported *to the U.S. - Stealth, Tailless/Canard-less 3D-Thrust-Vectoring (JES) Systems* - Invited - A1 – imported - A2-A21 - from 1986 to 1997 – and deposited with BOEING, USAF, PWA, GE, LM, MDD-NASA-BOEING, FAA - TSBI 60-71 - INCLUDING: - *first-in-history flight tested in 1987* [2-3] *of SACOM-JES-STVS sub-scaled prototypes capable of penetrating hostile airspaces to destroy selected targets - and/or capable of post-stall, super-agility in air combat* [12 and JES below] *- same to win 64 to 1 under post-stall air combat* [12] *- same to perform anti-terror yaw-JES illustrated on the right below,* - same with clouds of small decoy bombs - A2 - same to hide inside **fleet mix** of (a) very low-cost/stealth COLD-DUCTED-FAN-DRIVEN-JET-drones (b) high-cost Variable Cycle JET ENGINES - [12] at 197, 199, 207, 213 - which can be used by (i) 1986-propsed FB-22, (ii) 2016-2025 B-21, RQ-180 and various UCAVs, UAVs, which may also need max-safe **loitering** by *adaptive cycle jet engines, or ADVANT, EETD, AETP* -- Cf. MDD (BOEING) $50 Mil. pay to NG for its **JES-F-18** design, *RQ-180, B-21*



 *other X-44, FB-22 designs – v. JWS-STVS super missile boats, etc., USS INDEPENDECE, GD LCS-2 above – v. - the LM LCS-1 variant.Id.*

**JES** <u>Jet Engine Steering</u> by *mechanical* and/or *fluidic* exhaust jet-deflections of 10 different 3D-TV designs *tested since 1968 in wind tunnels – [12] at - jet-engine laboratory since 1972 and in flight since 1968 – [1, 12]* - aimed at providing **super-agility, super-safety, enhanced stealth for** *unprecedented Jet Drones, Striking, Bombing and Fighting (candardless), Tailless Aircraft.* -- Two 1987 JES-STVS maneuvers in Israel are illustrated on the right – in the U.S. via the imported SACOM-JES-STVS **JES-F-18** - *JES-GE-404-414 JES-Engine variants* - TSBI-64] - with simple external JES deflectors by NASA-MDD (BOEING), and internal via *NG-F-18* are shown on the upper right with *HERBST-X-31 capable of 64 to 1 KILL-RATIO advantage,* <u>AND</u> 1968-tested <u>*water-rider-type*</u> by super-

IV

maneuverability of small-boats illustrated to GD/LM as conceptual design of bigger, super-agile boats. Cf. LCS by GD/LM AND JES-F-16 *VISTA-MATV* (TSBI-62) v. UNUSED, CANARDED USAF **F-15 STOL** v. unused canarded **NASA-USAF-JES-F-15 ACTIVE.** Id.

**SACOM**    *Standard Super-Agility Combat Comparison Maneuvers* of STVS - flight tested software and hardware for performing what is illustrated above - e.g. - ANTI-TERROR, Helicopter-Type Maneuvers – [12 at85], Super Cobra in deep post-stall WVR air combat – *First-in-History verified JES by full-scale jet engines tests in* 1982 altitude test facilities - 1987 flight testing [2, 3, 12]. §§A&B, Id.

**TSBI-1:**    USAF-NATO-DEFINITION of SACOM-JES-STVS imported to U.S. Air Defense, p. II,

**TSBI-2:**    Unpiloted aircraft or stealth cruise missile, A11-12, [1], §§A&B, Id.

**TSBI-3:**    *Control system for jet-propelled air vehicles and spacecraft,* A13-14, [1], §§A&B, Id.
**TSBI-4:**    *Unmanned aircraft or cruise missile with minimal thermal signature;* A15-16, [1], §§A&B, Id.
**TSBI-5:**    *Vectored air inlet for stealth drone or cruise missile,* IPA 106,165; A17-18, [1], §§A&B, Id.
**TSBI 6-48:**    *"Complete Central Stealth Propulsion System, a Stealth, Jet Propelled Flight Control System Design, and Stealth Airframe Designs in connection with cruise missiles, RPVs, flying robots, drones, decoys, flying bombs and RPV-helicopter killers";* **A2;** AND 22 Design drawings, **A9, A19, A11,** *first-in-history* flight tested JES-STVS technologies developed by low-cost methodology, **A20.** *Each of the first eleven top-expert Americans* to get them - **A19** - sounded a clear *"NO"* to direct, personally-directed question: *Have you seen or know these SACOM-JES-STVS technologies anywhere in Boeing or in the U.S.?* - FN-6 to FN9, §V.1(2), §§A&B, Id.
**TSBI 49-54: (right below)** *First-in-history* conducted in *Megiddo Airfield.* [2, 3, 12], §§A&B, Id.
**TSBI 55-59: (right)** *First-in-History* Super-Agile means to gain *64 to 1 KILL-RATIO.* Video. [12 at 23, 32]. TSBI 1-59 incorporated in TSBI 60-71 & §§A&B, Id.
**TSBI 60-71:** Import records of SACOM-JES-STVS deposited with **BOEING, PWA, GE, LM, USAF, NASA, MDD, FAA.** These TSBI incorporate TSBI 1-59; §V.1, §§A&B, Id.

**B-21**    $80 billion projected program cost [Refrs. 22 to 32], $23.5 bn partly done R&D, $56.4 bn production by NG/PWA/Spirit-AeroSystem of STVS (possibly with JES) B-21, defined by DOD head Carter, (the)*"backbone of the Air Force future strike and deterent capabilities"* (painted **image at righ**), §V.1(1), COUNTS, §§A&B, Id.



**UCLASS**    Candidates: NG, Boeing, LM, GA, [22-37], §V.1(1), COUNTS, Id.
**X-47/B**    **right,** NG/PWA UCLASS candidate. §§A&B, §V.1(1), COUNTS, Id.
**X-45C/46**    BOEING/GE UCLASS Candidate. §§A&B. §V.1(1), COUNTS, Phantom Ray/StingRay. Id.

**RQ-180**    NG/PWA, §V.1(1), COUNTS, Affected B-21 Design, [22], §§A&B, Id.
**AVENGER**    GA UCLASS candidate (right), §V.1(1), §§A&B, COUNTS, Id.
**BOEING**[S]    X-36, X45C, X-46, Phantom Ray, Stingray, UCLASS Candidate, JES-F-18 with GE [dispute MDD (BOEING) v. NG], A1-to A21, §V.1, COUNTS, FN-7 to FN-9, [4, 20], §§A&B, Id.
**CAFC**    *Obsolete, 100 y/o, Conventional, Aero-Only Flight Control.* Cf. X-44 MANTA w/o CAFC. §§A&B
**COBRA**    Post-stall SACOM, Video. [12]. Image above, §§A&B, Id.
**Criminal Forfeitures**    21 U.S.C. § 853, *Criminal Forfeitures.* Cf. *SCF below.* [40, 41], Id.
**FB-22**    *Next-Generation JES-STVS Designs,* APPENDIX, §§A&B, B-21, RQ-180, UCLASS. Id.

**$4 BILLION recovery to government from 6 new defense programs, $27 Bn from OTHER programs**

**FCA**  **FALSE CLAIMS ACT** *31 U.S.C. §§ 3729-3733*, FRCP p. 4 or Rule 4, Id.

**DOJ GUIDE**, [40, 41]; Over **$31.3 billion** has been recovered since 2009 to the Government by DOJ according to its *OFFICE of PUBLIC AFFAIRS*, December 14, 2016 -- **$13 billion** via *Federal Forfeiture proceeds*, [38]. *Cf. SCF below.* Id.

**JES-F-15** Subscaled JES Prototype – with/without canards, supported by USAF, [5-8, 13-17], TSBI-60, §B.
**JES-F-15 ACTIVE**   Canard-equipped, NASA/USAF, simple external JES. Cf. JES-F-15-Sub, §§A&B, Id.
**F-15**   STOL Short Takie Off and Landing by Reversing Thrust, USAF exp. TSBI-60. Id.
**F-16**   JES VISTA, MATV, image, LM; 1st flight tested as subscale prototype, TSBI-62, §§A&B, Id.
**F-18**   Super-Hornet/JES-F-18-HARV, Boeing/GE-JES-404/414/MDD-NG, §V.1, COUNTS,
**F-22**   Tailled SACOM-JES-STVS Fighter A/C, §§A&B, Cf. FB-22, Id.
**GAO**   Government Accounting Office. Cf. [22-37].
**GE**[S]   General Electric, JES-F-18, TSBI 64, §V.1, §§A&B, Id.
**GA**[S]   General Atomics, UCLASS Avenger candidte, §V.1(1), §§A&B, Id.
**Global Hawk**   NG/ALLISON RQ-4 Drone, §V.1(1), §§A&B, **(right)**. Id.
**Helicopter Maneuver** SACOM-JES-STVS, right, TSBI 49-54. 60-71, Id.
**LM**[S]   F-22, FB-22, X-44, RQ-170, Sea Ghost, F-35, JES-F-16; TSBI-62. [22-37]; §V.1, §§A&B, Id.
**NG**[S]   X-29, B-21, X-47B (right), RQ-180, RQ-4, JES-F-18 (NG v. MDD (BOEING); §V.1, Id.
**NOT-JEPO**   *No Ownership Transfer, Jobs Pay Only.*
**PWA**[S]   B-21, X-47B, [12, 22, 28]; APPENDIX, §V.1, TSBI 64; F-22 v. FB-22 v. YF-23, §§A&B, Id.
**RQ-170**   LM/GE drone (captured by Ir.). Cf. RQ-180, Id.

**SCF**   **THEFT and TRADE SECRETS**, 18 U.S.C. § 1832; 18 U.S.C. § 21, *Stolen or Counterfeit Property*. 21 U.S. Code § 853, *Criminal Forfeitures*. [41], Not required Proof 18, U.S.C. § 1001; 18 U.S.C. § 287; F.R.C.P. (6e), 9-1000 to 9.-4-170; Falsity, Knowing and Willfully, CRM at 911, 912; FRAUD against the Government 9-42-420 procurement FRAUD UNIT v. DOD-9-42-430 and 530; CONSPIRACY to defraud the Government; FRAUD (FBI) 76 Stat. 907, §§35-36, §1623 (e) to (f), 1641P, 1641m, 1643k, National Defense § 167k FRAUD.

**SEA GHOST** LM UCLASS candidate, TSBI-62, §V.1, §§A&B, Id.
**STINGRAY**   Boeing MQ-25A UCLASS candidate, TSBI-60, §V.1, §§A&B, Id.
**TIIT**   Technion Israel Institute of Technology; page II.
**USAF**   The United States AIR FORCE or AF.
**USG**   The United States Government.
**WPAFB**   Wright-Paterson Air Force Base, Dayton, Ohio; TSBI-60, FN6 to FN-12, §§A&B, Id.
**U.S. AG**   The United States Attorney General,
**X-31**   1994 **external** JES, *64 to1 Kill-Ratio advantage over CAFC*, Id.
**X-36**   WRONG canarded design, TSBI-60, §§A&B, Id.
**X-45C**   Boeing/GE v. X-36 v. Phantom Ray, Stingray, X-46, §V.1, Id.
**X-46**   Boeing/GE, v. X-45 Phantom Ray, Stingray, X-45, Id.
**X-44-MANTA**   LM/PWA/NASA/USAF-Etc. *Next-Generation JES Designs,* FB-22, etc. §§A&B, Id.

**X-44 MANTA type** design was first developed and tested inside the FULL-SIZE JET-ENGINE altitude facility [A21] & flight tested as JES-STVS [2-3]; TSBI-60, (A20, [5-8, 12 (at 10, 50), 13-17, 20], Videos).

**RELATOR's JET Engines LABORATORY at TIIT** included 5 control rooms, 3 *French Turbomeca Marbore jet engines* operating with various JES exhaust nozzles inside 1982 new altitude test facility [A21], then flight tested at Megiddo and other airfields: E.g., JES-F-15 cold jets 1/7th-scale [5-8, 12-17]; TSBI-60; FAA JES-727 [20]; Videos. §A&B, Id.

**RELATOR's TEAM MEMBERS**: *R/C National Champion Flyer* and 4 back-up top R/C flyers; hired company to design, produce and calibrate 3 generations of onboard-responses-computers during deep post-stall flights, ground-commands-recording computer and software; 2 top lab technicians, 3 Drs. engineers, undergraduate IAF (Col) F-15 pilot, (Maj) IAF F-16 pilot, ELAL pilot; 2 Aero & Elect. Eng. Graduate students,

VI

<u>$4 BILLION recovery to government from 6 new defense programs, $27 Bn from OTHER programs</u>

Elect.-Eng.-Professor, 2 staff members, undergraduate calibration team, each signed to obey PM-RABIN-ORDER [1] and hide the Lab-Entry Code. §§A&B. Id.

## TABLE OF CONTENTS

Pursuant to FRCP, The COURT LR (i)(2),(4), 53.1(d), LR 56.6, the attached APPENDIX is separately assembled as a self-contained document with its pages referred to as A1, A2 .. while references are marked  [1], [2] ..

I.    FCA-SCF-Based recoveries to the USG from allegedly defrauding DOD-Contractors .......................... II

    USAF-NATO identification of relator's state-protected imported top secrets ....................................... II

II.    FCA-Based and U.S. Supreme-Court Based JURISDICTION ............................................................... III

III.    SUMMARY, TERMINOLOGY and IDENTIFICATION ....................................................................... III

IV.    TABLE OF CONTENTS ...................................................................................................................... VII

V.    $4 Billion recovery to government from 6 new defense programs, $27 Bn from other Programs ......... 1

### V.1    FCA & SCF Based Allegations, Claims, Charges for Due Recoveries

(1)    $4.744 Billion RECOVERY ................................................................................................. 1

(2)    $22.20 Billion RECOVERY ................................................................................................. 1

(3)    $403 Million REVERSED DEFRAUDING (i) RECOVERY ................................................. 2

(4)    $26 Million REVERSED DEFRAUDING (ii) RECOVERY ................................................ 2

   A.    DEFRAUDING-SHOCK hits the U.S. AIR FORCE ................................................... 2

   B.    DEFRAUDING the Government by being paid for "SHARED-THEFT-PAYS" .............. 2

### INTERIM SUMMARY

FN6:    SIDE EFFECTS of AIR DEFENSE IMPORTS TO THE U.S. ............................................ 5

FN7:    BOEING's allegedly defrauding the Government for $22.2 Billion ..................................... 6

FN8:    Pre-meditated Boeing's president invitation to steal the trade secrets? ............................ 6

FN9:    USAF CONCLUSION: *FALSE CLAIMS* by BOEING ..................................................... 7

FN10:    Contended Common Standard for Review ...................................................................... 8

VI.    Supreme Court on *"ORIGINAL SOURCE RELATOR"* v. IMPOSTORS ............................... 8

FN11:    Exacerbated Concerns RE original  source relators impostors.  §§A&B. ...................... 9

VII.    Related Cases ..................................................................................................................... 9

$4 BILLION recovery to government from 6 new defense programs, $27 Bn from OTHER programs

FN12: PRO-SUDAN Discrimination-Anti-Semitism and other Violations ................................................. 9

VIII.   COUNTS ............................................................................................................................ 9

IX.   CONCLUSION ... ................................................................................................................. 10

X.   REFERENCES and NOTES ................................................................................................ 11

XI   Reimbursing This-Report-Expenses and Court Fees ..................................................... 13

XII   SERVICE CERTIFICATE .................................................................................................... 14

## TABLE of AUTHORITIES and STATUTES

*Rockwell International Corp. v. the United States*, No. 05-1272 (2007), "Original Source"
549 U.S. 457 (2007) ......................................................................................................... 8

18 U.S.C. § 21 *Stolen or Counterfeit Property* 21 U.S.C. § 853 *Criminal Forfeitures*, SCF. ...................... VI

21 U.S.C. § 853 *Criminal Forfeitures, (i)(3) Award compensation*, SCF ........................................... VI, 1

28 U.S.C. § 1332, *Diversity Jurisdiction* ........................................................................... III

31 U.S.C. §§ 3729-3733, *FALSE CLAIMS ACT*, FCA .............................................................. V, 1, 2, 8, 9

31 U.S.C. § 3730(e)(4)(A) ..................................................................................................... 8

31 U.S.C. § 3731(b) to (e) ..................................................................................................... 1

## Attached APPENDIX      *TABLE of CONTENTS*

BOEING's president invitation to import top-secrets state-protected technology to U.S.   .... A1

Co-signed with Boeing import-contract dated August 25, 1986 ......................................... A2-A8

Initial 41 imported SACOM-JES-STVS to Boeing, its *"Third Parties"* & the USG ...... A9-A10

1968-86 State-Protected SACOM-JES-STVS/PM ORDER/Supr.-Ct OK US export .....A11-A19

Jet laboratory, *Feedback-Testing* and low-cost *Altitude Test Facilities* ......................... A20-A21

**V. $4 Billion recovery to government from 6 new defense programs, $27 Bn from OTHER Programs**

5.6% of recent $80 Billion Program on the B-21 Bomber *(left)* should be returned to the government because defense contractors *[22-32]* are allegedly defrauding the Government from 1986 to 2017 by *SHARED-THEFT-PAYS* of air defense technologies that they do not own *[APPENDIX, §§A&B].* Similar recoveries are due from UCLASS, RQ-180, X-47, X-45, X-46 Programs *[§V.1, §VIII COUNTS].* Higher recoveries are due if President Trump's JES-F-18 *[right]* option is implemented - all in line with President Trump's cost-cutting-quest with defense contractors. *[39]*

     *Under False Claims Act, FCA, [p. VI]* and   
SCF *[p. VI],* up to <u>$27.3 Billion</u> recoveries are
due to the government from defrauding



defense contractors - §V.1: (A)  <u>$4.744 Billion</u> allegedly within 6 recent USG programs - §VIII *COUNTS,*  (B)  <u>$22.2 Billion</u> within other programs, [A1-A21, §§A&B],  (C) <u>$429 Million</u> via *REVERSED DEFRAUDING* by the outgoing administration for mocking-abusing-mooting-denying documented JES-STVS technology imports - *TSBI 60-71* - to **BOEING, PWA, GE, GD, LM, USAF, FAA,** *APPENDIX,* **USAF-NATO EVIDENCE** - *RTO-EN-12,HFM* - :

*"In relatively short period of time (1986-2000) - Benjamin Gal-Or and Wolfgang Herbst -*   
*have influenced the direction of fighter aircraft design. - e.g. right - Their technology will offer*
*new challenges. -- Solving the inevitable human points problems that will emerge, involve*
*questioning established doctrine and reaching for innovative and imaginative solutions."*

### V.1   FCA & SCF Based <u>Allegations, Claims, Charges for Due Recoveries</u>
Sealed report filed herein under maximized classified particularity allowed by Relevant Laws: [1, 40-41] FCA. Id.

Pursuant to (1) FCA (p. V) and SCF (p. VI), (2) the statute of limitations, *Qui Tam FCA 31 U.S.C. § 3731(b)-(e),* (3) §I - the Court has Jurisdiction on the following *Allegations, Claims and Charges for 1986 to 2017 defrauding the Government for alleged SHARED-THEFT-PAYS, in the following order,* Id.:

(1)  <u>$4.744 Billion due RECOVERY</u> to the Government (or higher v. Boeing's JES-F-18 OPTION, TSBI-64), pursuant to FCA and SCF applied to hereby filed sealed *Report and Court-filed-Complaint on* civil and criminal allegations, claims, and charges based on seven times imported SACOM-JES-STVS technologies discovered in recent, hidden-classified USG programs between Mid November 2016 and January 31, 2017 in *B-21, UCLASS, RQ-180, X-36, STINGRAY, PHANTOM RAY, SEA GHOST, AVENGER, X-47B* Programs *[22-37]* (and, in addition, by potential *BOEING-GE-NG JES-F-18-SUPER-HORNET as JES-F-18-HARV derivative [TSBI-64]),* within which the Defendants are allegedly defrauding the USG by billing it and fraudulently being paid for <u>stolen [under SCF stat.] imported SACOM-JES-STVS technologies that **they do not own**</u>: A1-A21, TSBI 60-71, §§A&B,

1

$4 BILLION recovery to government from 6 new defense programs, $27 Bn from OTHER programs

[1-4, 20, 22-37, 40, 41], §VIII COUNTS, each presenting a multitude of different sets of facts and law. Contended Common Standard of Review – FN-10. Id.

(2)    **$22.2 Billion due RECOVERY** to the USG pursuant to FCA and SCF applied hereby to this REPORT and Court-filed Complaint for civil and criminal allegations, claims, charges against: *(1) DOD-Contractor Boeing [A1 to A21, [4, 20, 22-37, 38, 40, 41], TSBI-68, 69, FN-6 to FN-9), (2) BOEING's president ABRAHAM M. S. GOO* [A1, FN-8], (3) USAF Mr. Douglas L. Bowers (FN-6 to FN-9), (4) USAF Captain Daniel D. Baumann (FN-6), (5) *John Sandvig, Boeing-Dayton, Vectored Thrust RPVs* (FN-7 to FN-9), (6) *Elling Tjanneland* [A19], (7) *Boeing's "THIRD PARTIES"* (A3, §§A&B) PWA its and subcontractors for 1986-2017 defrauding the USG and/or criminally-enhancing-that-defrauding by allegedly fraudulently billing the USG to be paid for invited-imported and stolen SACOM-JES-STVS technologies that they do not own, thereby causing these recoveries under FCA-SCF v. TSBI 60-71, APPENDIX, [1-4, 20, 40, 41], §§A&B, FN-6 to FN-9, CONCLUSION. Id. Contended Common Standard of Review – FN-10. Id.

(3)    **$403 Million REVERSED DEFRAUDING (I) due RECOVERY** pursuant to FCA and SCF-based charges filed herein against *(1) Boeing, as in (2) above*, (2) the outgoing administration represented by former DOJ attorney *Tony West [now at Pepsi Cola) et al*, FN-12, for embezzlement-theft-support by mocking-abusing-mooting-denying seven times proven imported air defense SACOM-JES-STVS technologies used by BOEING, PWA, GE, GD, LM, MDD (BOEING) and others while also mocking-abusing Israel Supreme Court [1] and USAF-NATO-supportive evidence, TSBI-1, causing (i) 6-year repeated denial of equal rights as integral part of this action, (ii) fraudulently filing frivolous, baseless, civil and criminal *RACIAL-DISCRIMINATION-ANTI-SEMITIC* PRO-SUDAN CHARGES against the citizens and the state of Israel, by themselves, and on behalf of the outgoing administration, *Id.,* including - violations of Israeli Law - *[1], FN9, FN-12, Id.,* - harassing, delaying, abusing relator Gal-Or basic property rights, *FN-12, Id.,* - fraudulently replacing 5th-Amendment/Tucker-Act by expired, 1998 Patent '431 on "another technology", *Id.,* - abusing international law - Israeli reciprocity law - Israel Supreme Court [1] - 1986 import-contract with Boeing *[A1-A21, Id],* - Inducing court immunity to themselves for said violations. *CFC No. 09-869, §VII-Related Cases, TSBI 60-71, [1], §§A&B, FN-6-FN-12. Id.* Contended Common Standard of Review – FN-10, Id.

(4)    **$26 Million REVERSED DEFRAUDING (II) due RECOVERY** pursuant to FRCP-RULE-1, due-Sanctions claimed herein against *Tony West et al*, for racial discrimination, frivolous, baseless, delaying, harassing, abusing filings. *CFC-Docket-17 to 80, §VII-Related Cases, CFC Case No. 09-869, FN-12, §V.1(3), Id.* Contended Common Standard of Review – FN-10, Id.

## A.    DEFRAUDING-SHOCK HITS the U.S. AIR FORCE;    TSBI-60, FACTUAL BACKGROUND

**FIRST CONTACT:** Prior to 1987 relator Gal-Or had neither contact with the USAF nor with the USG - a situation

<u>$4 BILLION recovery to government from 6 new defense programs, $27 Bn from OTHER programs</u>

that was suddenly changed by *AVIATION WEEK* May 1987 reporting on his *FIRST-in-HISTORY* JES-RPV flight tests - actually with the first sub-scaled prototypes [2-3]. These RPVs or UAVs were also the first in history proofs that, with proper JES design, controlled flights in the *"impossible to fly"* post-stall domains, are not only possible but open the gates to unprecedented combat and safety maneuvers and missions by advanced future drones, strike, bomber and fighter A/C. Thus, AVIATION WEEK induced AF/AFOSR/EOARD to fix a mid 1987 *video presentation* of these revolutions at USAF-WPAFB *Propulsion Laboratory, Dayton, Ohio. However, at that presentation end, <u>total silence ruled. No comment uttered.</u> Disappointed Gal-Or was escorted back to WPAFB gate to leave.*

**TWO CRITICAL SURPRISES:** While getting back his passport to leave, the Guard stopped him, giving him his phone, by which he was asked to be escorted back to meet the Chief Scientist of the USAF *Flight Dynamics Laboratory*, Dr. G. K. Richey, (later USAF Chief Scientist, Tel. 513-255-7329).

That was fast arranged by *Dr. Edward Curran*, 513-255-2214, the *Chief Scientist of the Propulsion Laboratory*, who had informed Dr. Richey about a video showing *pre-1986 development in Israel of F-22-type central design technologies that CONTRADICT what the USAF has well-established and has paid BOEING and PWA/LM for their famous victorious winning design over that of rival NG-YF-23 - without JES - <u>the claimed original owners of that integrated JES-STVS revolutionary design technologies</u>.*

Dr. Richey watched that classified video. It *unequivocally proved* that - PRE-1986 - the SACOM-JES-STVS technologies (APPENDIX, [1]) on which the highly classified central design of the F-22 is based, had been developed and flight tested earlier in Israel, neither by BOEING nor by PWA/LM – or STOLEN from Boeing or from its "Third Parties" [A3], e.g., PWA/LM. – HOWEVER: (A) The suspected embezzlement-theft turned out, not only by this video, to reside only with BOEING, via clear, beyond any doubt, [see below and FN-6 to 9], (B) thus, allegedly, Boeing-PWA-LM had billed and were fraudulently paid by the USAF for proven criminal theft of original, imported, revolutionary air defense SACOM-JES-STVS technologies, (C) thus, world reputation is at risk at least by 33% of allegedly STOLEN F-22 SACOM-JES-STVS technologies by BOEING - out of $66.7 Billion to Boeing-PWA-LM, up to 2017 – and pursuant to FCA-SCF - should be recovered to the Government for defrauding it – WORSE - the legal rights on these imported technologies are owned only by the man in front of him. Gradually, and later, Dr. Richey wrote the FORWARD to this relator's 1990 "LANDMARK BOOK" [12] - and examined the verifiable facts apparently unknown to him and his staff:

❖ *Boeing's president invitation to import to the U.S. that state-protected [1] technologies, [A1],*

❖ *The co-signed import-contract with Boeing, dated August 25, 1986. [A2-A8, A19],*

❖ *The initial 41 imported SACOM-JES-STVS to Boeing, its "Third Parties" [A3] & USG, [A5, A9-21],*

❖ *Full-Size-Jet-Engine Tests of various JES by TIIT Altitude Test Facilities, 1982-1987, [A20-A21, p. IV],*

❖ *The 1st-in-history flight tests of JES-STVS, 1st in post-stall, 1st new combat maneuvers [Cover page, p. IV],*

<u>$4 BILLION recovery to government from 6 new defense programs, $27 Bn from OTHER programs</u>

❖ *IPA-78402 v. ISRAEL PM ORDER to protect all as state-protected top secrets, (A11 to A18, [1]),*

❖ *ADDITIONAL 41+19 specific SACOM-JES-STVS designs defined by A2:*



> *"for the purpose(s) of evaluating and testing a novel technology for Complete Central Stealth Propulsion Systems, a Stealth, Jet-Propelled Flight Control System Design, and Stealth Airframe Designs in connection with cruise missiles, RPVs, flying robots, drones, decoys, flying bombs and RPV-helicopter killers" AND 22 JES-STVS design drawings protected by [A9], each signed as follows:*

> *"LEGAL PROPERTY of TECHNION-IIT and Gal-Or, submitted to Boeing Military Airplanes Co., Sept, , 1986 in lieu of our Proprietary Information Agreement of Aug. 25, 1986." STAMPS on each drawing READ: (1) "Turbo and Jet Engine Laboratory Technion – Israel Institute of Technology, Haifa, Israel" (2) "BENJAMIN GAL-OR ISRAEL INSTITUTE of TECHNOLOGY, City Haifa, Israel". In addition, A10 & 19 define different JES-STVS designs that were deposited with Boeing, each signed as follows:*

> *"Stealth RPVs disclosed to Boeing, ranging from "Helicopter killers, RPV, Advanced Cruise Missiles, Recon., Advanced decoys/target Bombers, Target Designators, Flying control-communication Stations, Advanced Sea Missiles" Missile Attackers/Bombers".*

## B.  DEFRAUDING the Government by being paid for "SHARED THEFT PAY"

*Paragraph §A is incorporated herein.* Starting from August 25, 1986 [A1 to A21], various defense contractors, sub-contractors and suppliers have allegedly "freely acquired, or "shared" the 1986-1997 stolen imported SACOM-JES-STVS technologies/components stated above & in TSBI 60-71, FN-9, *and are being wrongly paid for them without owning or paying for them.* These 1986-1997 different technologies-imports were (1) first deposited with *BOEING* [A1-A21], (2) later, as upgrades, with MDD(Boeing)NG [4, 20, JES-F-18], (3) deposited with *USAF, PWA, GE, LM, MDD-NASA-BOEING, FAA* [TSBI 60 to 71], (4) *have, since August 25, 1986 [A2-A8], been adjusted, adapted, modified, filed-by-classified-reports, legally protected, tested, improved, integrated with other technologies or "Freely-Acquired-Shared" from/with, or litigated or purchased as follows:*

❖ *BOEING-stolen-import, was "contract-shared" with its "third parties"* [A3]: TSBI-60, FN-7 to FN-9,

❖ *The stolen import was also "shared" w. GE-MDD-NG(JES-F-18), NASA, FAA, DARPA, DOD, TSBI 60-71,*

❖ *These were "shared" with "thousands" federal employees and DOD-contractors/subcontractors-employees,*

❖ *Allegedly these "theft sharing" have been continuously paid-for by defrauding the previous governments,*

❖ *"Theft-Sharing" include GE-MDD-BOENG [TSBI-64] litigation v. NG-JES-F-18 post NG-YF-23 failure,*

❖ *"Freely-Acquired-Shared" of SACOM-JES-STVS via [13] to [17] post FN6 to FN9,*

❖ *Via alleged "re-imported" by world media and/or alleged "links"-to-Iran RE captured RQ-170.*

❖ **TSBI-60 ADDENDUM:** Additional SACOM-JES-STVS imports [5-8, 13-17] included USAF-WPAFB individuals: *J. A. Laughrey,* Flight Dynamics Laboratory, 513-255-5205, *Alex Giese,* Propulsion Lab, 255-5368, *R. J. Glidewell,* Propulsion Lab, *Edward t. Curran,* Chief Scientist, Propulsion Lab, 513-255-2214, *Mat Michael E. Stefkovell,* Turbine Engines, 513-255-1100, *Douglass L. Bowers, FDL, 513-255-6208 [FN6 to FN9;Later with John Sandvig,* BOEING-DAYTON, VECTORED THRUST RPVs, 513, 222-3711 (FT-6). *Under this early situation Dr. Richey decided to first test Gal-Or's claim: Let CANARD-EQUIPPED VEHICLES be used by rivals and adversaries [13-17] – by funding $300,000.00 flight testing in Israel of canarded v. canradless JES-F-15, 1-7th-scale*

4

$4 BILLION recovery to government from 6 new defense programs, $27 Bn from OTHER programs

RPVs & F-15 air inlets under post-stall, high AOA. *The results [13-17]*:

❖ *"Novel, Post-Stall, Thrust-Vectored F-15 RPVs: Laboratory and Flight Tests" 1990, 188 pages,*
❖ *Canardless designs were thus approved v. opposing armies at USAF [FN6], USN, NASA, DOD, DARPA, NG.*
❖ *During the next 30 years, in Russia, China, Israel, EU, canard-equipped fighter A/C ruled R&D, UNTIL RECENTLY RUSSIA & CHINA CORRECTED THEIR WRONG CANARDED DESIGNS.*
❖ *"Tailless Vectored Fighters: Theory, Laboratory and Flight Tests"*, 196 pages, July 15, 1991.
❖ *Vectorable Inlets/Nozzles and Tailless Flying Models vs. Pilot's Tolerances Affecting Maximum Post-Stall Vectoring Agility"*; 238 pages. Reports were originally submitted *classified.* **Cf. Ownership rights: §§A&B.** Id.

## INTERIM SUMMARY

**DEFRAUDING the Government from 1986 to 2017 for alleged "SHARED-THEFT-PAYS:** Seven times imported air defense technologies, mostly based on stealth, post-stall supermaneuverabilty, 3D Jet-Engine-Steering ["JES-STVS"], were first invited to the U.S. in 1986 by Boeing's president - *A1* – and were next imported to BOEING, GE, PWA, GD, LM, USAF, FAA. MDD (BOEING) – *TSBI-60-71, [1-8, 17-20]. §§A&B.*

These highly classified, state-protected, 1968-1997 laboratories and unprecedented, first-in-history, 1987 flight testing – *[2-3] v. Book 12 on pre-1986, 237 references* - unequivocally prove that the integrated JES-STVS imported, were not available in the U.S. before August 25, 1986 – *A1-A21; §B; Id.*

HOWEVER, these contract-imported JES-STVS technologies - *APPENDIX, §B* - were first allegedly STOLEN by Boeing AND fraudulently billed to and paid for by the USG. *FN-6 to FN-12; FCA [p. V], and SCF [p.VI], [40, 41], §V.1.* §§A&B. Id.

[6]    **SIDE EFFECTS of AIR DEFENSE IMPORTS to the U.S.**

TSBI 60 import has induced (1) *USAF good-faith-cancellation of USAF Mr. Douglas L. Bowers'* cherished thrust-reversing, canard-equipped, STOL DEMO EXPERIMENT with USAF F-15, (2) *has replaced it* with sub-scaled JES-F-15 flight tests in Israel, (3) *has "taken away"* "his" F-15 aircraft to NASA for full-scale, canard-equipped *JES-F-15 ACTIVE* program, (4) has raised similar adverse reactions of the flight manager of "their" F-15 STOL DEMO (aimed to reduce runway length): *Capt. Daniel D. Baumann*, whom, for these reasons, was next dispatched by Bowers to "inspect-report" the Israeli JES-F-15 1/7th-scale cold-jets prototypes. [FT9]. Id.

❖ The *"inspecting-reporting"* was terminated when Baumann was requested to leave Israel for: **(1)** criminally digging nationally protected archeological sites at the ancient *Caesarea ruins*, **(2)** *alleged smuggling* out of Israel of these unearthed items, **(3)** arrogantly and loudly refusing to obey Israeli law and TIIT regulations at TIIT Jet-Engine-Lab, claiming he, as USAF Captain, is neither under Israeli law, nor under TIIT regulations, **(4)** raising his voice, in the

5

**$4 BILLION recovery to government from 6 new defense programs, $27 Bn from OTHER programs**

presence of lab staff, on the lab-head, professor Gal-Or, (5) despite repeated warnings to stop, he has been secretly-reporting non-USAF-contracted, state-protected top-secrets [1], by phone to *Mr. Bowers*, while these criminal acts had been organized and approved by Mr. Bowers, who had also arrived to "inspect" the TIIT-lab together with the person in charge of *WPAFB RPVs Programs -- USAF Mr. W. Lindsay.* The three self-appointed *"federal inspectors"* have since maintained *active racial discrimination-anti-Semitism*: For instance: *"Why YOU and not US do these testing?"* -- direct quote from Mr. Lindsay during his own, self-appointed "inspection" visit upon Mr. Bowers' invitation during their trip to the *Jordan Valley* with Gal-Or. Id.



[7]  **BOEING's alleged defrauding the USG for $22.2 Billion**

❖  **Image above provides the sole surviving document from an aborted meeting at USAF-WAPAFB.** It had been hand-written by the participants and was acquired later by relator Gal-Or. The participant *Mr. JOHN SANDWIG, BOEING-DAYTON VECTORED THRUST RPVS, was first time invited to meet Dr. Gal-Or as invited by Mr. Bowers, without a due permission. This was supposed to be one of the USAF-Gal-Or 1987-1992 working meeting at WPAFB, Lisbon Portugal and Haifa Israel.* On the stairs leading to that meeting room at WPAFB, Mr. Bowers, **alone,** was awaiting Gal-Or to arrive to that meeting. Right there, he *officially informed Dr. Gal-Or: On behalf of the USAF and Boeing,* the entire classified work the USAF has so far done with you is only owned and solely belongs to Boeing, and, thus, [Gal-Or] *can opt to leave the U.S. now and go home as uninvited solicitor, or go in to first-time meet Boeing's rep-man to testify the same and inform you that this program next proceeds only at WPAFB at Dayton, Ohio, with BOEING.* Id.

❖  Not surprised [Cf. FN6] and uttering not a single word, Gal-Or turned back and next presented other USAF staff at WPAFB with same documents provided herein by this attached APPENDIX -- original, official, signed, stamped, verified-import-contract, which, beyond any doubt and unequivocally prove (1) Both Boeing and Bowers committed, on behalf of the USAF, **a grand criminal theft** of certified, registered [1] Israeli-state-protected top-secrets property imported and deposited by co-signed legal import contract with Boeing, (2) This BOWERS-BOEING action constitutes clear civil and criminal violations of at least under the U.S. Law Re **criminal theft, discrimination, abuse, damages.** Cf. §§A&B, FN9 and FN12, §V.1 and FN9 below. Id.

[8]  **Pre-meditated Boeing's president invitation to steal the trade secrets from Israel?**  [40, 41]

The first SACOM-JES-STVS import to the U.S. was invited on June-24, 1986 by BOEING's BMAC president, Abraham M. S. GOO, [A1];



**$4 BILLION recovery to government from 6 new defense programs, $27 Bn from OTHER programs**

Come to the U.S. to co-sign import-contract that was implemented

on August 25, 1986 as documented herein by A2 to A8.

The contract allows Boeing to share this "freely-acquired", state-protected [1], SACOM-JES-STVS top secrets with Boeing's ***"THIRD PARTIES"*** and the ***"US GOVERNMENT"*** [A3, A5]. That legal sharing was thus used with PWA and LM to revolutionary re-design the combined ATF/F-22 proposal that resulted in Boeing win of 33% of what would become $66.7 billion F-22 Program. (about $22.2 Billion) without, however, crediting the true owner before the USAF and the USG, nor stating this fact to the true owner. Allegedly Boeing also used this import *in its designs of new X-36, X-45C, X-46, PHANTOM RAY STINGRAY*, [22, 31, 37] and to redesign its cruise missiles and C-17. [4]. Cf. §§A&B and FN12 . Id.

## [9]    USAF CONCLUSION: *False Claims* by Boeing

Post examination of the evidence [FN7], the USAF concluded: *False Claims* were stated by Boeing on behalf of the USAF USAF and itself. Wherefore, it cannot participate in USAF/Gal-Or meetings/works. No known further action by USAF v. Boeing-Bowers was taken. Any further action was crashed by Mr. Bowers' Threats: $300,000.00 funding of JES-F-15 flight-testing in Israel stops if Gal-Or files racial discrimination and theft charges anywhere. FN6-FN9. Next he opted, despite [1]-opposition, to publish [13-17]-KEY-classified-info. Besides violation of Israeli law [1 v.13-17] these were allegedly studied, since 1990, in Russia & China v. CORRECTING their wrong canarded designs – converting them to super canardless-A/C -- revealed years later by both in public. Id.

### TSBI-61:  Import-to-deposition w. USAF Col. J. TEDOR, BAFB, TX & His Team  [5-8]
**Evidence by [5-8].** This original import was enthusiastically accepted by *USAF Col. J. Tedor.* It has later confirmed Gal-Or's early claims: Move pilot seat as close as possible to CG to get minimized G-Loads on him during post-stall JES-Induced rotations, contradicting the common use of obsolete CAFC. Confirmation of lowest G-Loads **on both pilot and airframe** were provided by reports [5-8] on flight-testing with highly instrumented JES-STVS prototypes. Reports [5-8] are marked AF Special Project, SPC-91-4003, 141 p., "Dynamic Scaling of Prototypes Using Radius of Gyration Method: Theory, Laboratory and Flight Tests" via **AF Capt. J. Wigle** (Sept. 30, 1991); and to **AF Dr. D. W. Repperger.** NOT-JEPO. §§A&B, Id.

### TSBI-62:   Import-to/deposition with GD-Lockheed Fort Worth [9], §§A & B.
*Evidence by [9] on various SACOM flight testing of JES F-16 sub-scaled prototypes.* Two different types of imports: (1) Early JES-STVS review to *T. P. McAttee, C. Porcher, F. Ketter, Trey Durham, Jerry Murff, Tom Barret,* (2) *JES-F-16 with Spence E. Peters,* Tel. 817-935-1588, Main: 817-777-2000, E-Mail: *Spence.e.peters@LMCO.com* and *Dorsett on flight testing in the deep post stall domains by sub-scaled JES-F-16,* included Peters' visits to Israel to monitor the tests at Megiddo airfield; Co-operation up to 1997/8. NOT-JEPO. Id.

### TSBI-63:   Import-to/deposition with PWA [10], §§A&B.
*Evidence by [10]. FULL-SIZE JET-ENGINE TESTS* imported for *F-22 alternative yaw-pitch-roll JES* were conducted in the altitude test chamber, funded and reported to PWA [A21]. (A20, A21 [5-8, 10, 12, 13-17, 20], 1986-1997 various Videos). PWA teams first included the Manager of Component Technology, *R. E. (Bob) Davis.* [PWA first obtained Gal-Or's JES-STVS [A2-A21] from Boeing in 1986 as a "third Party", A3. **Direct help there:** To avoid COW & HORSE during CAFC vs. JES deflection rates JES-rates should not lag behind CAFC deflection rates, first for the F-22, later for other USG programs. Cooperation lasted until 1995. Classified reports included new full-scale JES nozzles conducted at the Jet Lab. NOT-JEPO. Id.

### TSBI-64:   Import-to/deposition with General Electric [11] §§A&B, JES-F-18.

**$4 BILLION recovery to government from 6 new defense programs, $27 Bn from OTHER programs**

*Evidence by [11]*. Early video and classified reports on SACOM-JES-STVS imported to deposited with *GE, E.g.*, *VP Krebs* (Tel. 617-594-5892), *Don Dunbar and Ed Rogala* mainly on rounded ("axisymmetric") JES-nozzle-deflection-dynamics and new integrated JES flight-propulsion control used on the *JES-F-18-MDD-GE-404 to 414-JES-variant NASA HARV* [p. V], *theft shared* - §§A&B - *with MDD (BOEING)-NG* - NG litigation v. MDD (BOEING). Id.

### TSBI-65:    Import-to/deposition with FAA    [20] and FN5 to FN12, §§A&B.

*Evidence by [4, 20]*. BOEING allegedly demanded FAA to terminate **"Safest JES-BOEING-727" Flight testing FAA** program in Israel, which originally was enthusiastically accepted in 1994 by a dozen FAA-Team-Pilots. But post JES-BOEING-727 report to FAA [20] via *USN Bruce Fenton* (Tel. 609-485-5158), Dr. Gal-Or was informed that BOEING demanded that FAA terminates this program. (Cf. FN6 to FN12, Related Cases.). Since 2017, all such safest passenger and cargo jets flight testing have been stopped. NOT-JEPO. Id.

### TSBI-66:    Aborted UCAV (UCLASS) New Missions Proposals to DARPA; §§A&B.

SACOM-JES-STVS video on advanced UCAV designs and new missions proposals was presented in 1994 before DARPA's Director *Col. Mike Francis*, Tel. 202-545-6700, HOWEVER, two present engineers aborted the proposals by objecting flight-testing with *dynamically-scaled* sub-scaled prototypes. No records. Later, Same (absent) proposals have adversely affected 20 years later, the 3-year delaying debates at DOD on (UCAV) UCLASS designs/missions -- Issues causing 2014-2017 (UCAV) UCLASS delays. GAO in refs. 22 to 37. Id.

### TSBI-67:    Aborted UCAV (UCLASS) New Missions Proposals to DOD; Pentagon, §§A&B.

SACOM-JES-STVS video on advanced UCAV designs and new-missions-proposals was also presented before *DOD Director of Advanced Technologies*, *Donald Dix*, Tel. 703-588-7419. However, USAF Mr. Bowers briefed him before without the present of this relator, an act that allegedly had a priori caused no discussion of the new designs and new-missions-proposals. Reasons at FN6 to FN9. No records. The same (absent) proposals have adversely affected 20 years later, 3-year delaying debates at DOD on (UCAV) UCLASS designs/missions -- Issues causing 2014-2017 (UCAV) UCLASS delays. GAO in refs. 22 to 37.  Id.

### TSBI-68:    Import-to/deposition with BOEING  Moved to FN6 to FN9, §§A&B. Id.

### TSBI-69:    Import-to/Deposition with BOEING-MDD-NASA  See Ref. 4, §§A&B. Id.

### TSBI-70:    Import to the USAF Pilot Academy, §§A&B.

This pilot-oriented JES/STVS/SACOM import was also arranged by USAF Office in London, UK, (*AF/AFOSR/EOARD*). A video on SACOM/JES/STVS activities was presented to the pilots and professors, but it only caused a nice invitation to join the faculty, an impossibility for a foreigner. No Records. NOT-JEPO. Id.

### TSBI-71:    Import to Arnold Test Facilities  §§A&B.

Import RE designs of (i) low cost test facilities, including altitude test facility. [A20-A21. (ii) testing of ten types of mechanical internal v. external and Mechanical v. Fluidic JES deflecting means, (iii) stealth painting polymers with inserted radar-waves-LO particles. No records. NOT-JEPO. Id.

## [10]  Contended Common Standard of Review

Contended common DISCOVERY TOOLS include similar initial facts and FCA-SCF-based laws, starting from similar common set of facts: (i) A1 to A21, (ii) [1-41], (iii) §§A&B, (iv) TSBI 1 and TSBI 60-71 - v. adapted-adjusted designs, e.g., §B v. B-21, X-44 Multi-AXIS/NO-TAIL, "MANTA", integrated with *FB-22, RQ-170, X-36, X-45C, X-47B*,

<u>$4 BILLION recovery to government from 6 new defense programs, $27 Bn from OTHER programs</u>

*X-46, Phantom Ray, STINGRAY, RQ-180, Sea Ghost* - to affirm or deny alleged violations within various designs used by defense contractors or subcontractors to bill and be paid by the USG. Cf. FCA (p. V) and SCF (p. VI), [40], §§A&B. Id.

## VI.    Supreme Court: ORIGINAL SOURCE RELATOR v. IMPOSTORS    §§A&B.

In *Rockwell International Corp. v. the United States, No. 05-1272; 549 U.S. 457 (2007)*, the U.S. Supreme Court reversed Jurisdiction provided below to original-source-impostor re the FCA's public-disclosure bar. The Court held that *The False Claims Act,* 31 U. S. C. §§3729–3733, denies federal-court jurisdiction over actions under §3730 of the Act that are based upon the ***public  disclosure*** of allegations or transactions "unless the action is brought by the Attorney General or the person bringing the action is an ***original source*** of the information." §3730(e)(4)(A). Id.

### [11] <u>Exacerbated Concerns RE original  source relators v. impostors.</u>

Cf. §§A&B, [1, 40, 41].  (1) Post Boeing's 33% F-22 contract win, it was allegedly being paid for its embezzlement-theft of SACOM-JES-STVS (A1-A21, [1], TSBI-60), AND (2) post the FN-9 events, potential impostors in the USAF and/or in defense contractors/subcontractors involved, may have allegedly filed for Recovery as original–source relators to get a (fraudulent) Award post restructuring 1986-2017 Boeing's contracts with the USG. Id.

## VII.    <u>Related Cases</u>

37 year litigation, the first 17 reported by *[1]* are being incorporated herein with 17 additional ones involving three issues of fact and law:  **(A)** The sole owner of SACOM-JES-STVS Technologies imported-to/used by U.S. defense system is relator Gal-Or *[APPENDIX, TSBI 60-71, FN-6 to FN-12, §§A&B, [40, 41], §V.1, [1]],*  **(B)** Pursuant to U.S. Supreme Court's MILESTONE WARNING AGAINST NON-ORIGINAL IMPOSTORS - *(§VI)* – he is also the sole **original source relator** within this 2017-FCA-SCF-based RECOVERY action,   **(C) For the first time,** his 2017 action is aimed to recover to the Government alleged defrauding-overcharging pays to different defendants - *§V.1, TSBI-60, FN-6 to FN-12, §§A&B, [40, 41]* – in at least 6 different defense programs - *§VII-COUNTS, §V.1,* which, combined, **unequivocally prove** that: **Kansas D.C. 05-CV-1312** on Boeing's civil breach of APPENDIX contract; appealed to the **10th Circuit** [06-3203] and lost only on timeliness; 2009-2016 litigation on Court-ruled expired, 1998-U.S.-Patent '431 for civil transports flight safety by add-on kits **[CFC Case No. 09-Civ-00869;** appealed in CAFC **Case No. 15-5079]** (dismissed with 1998-Patent-'431 prejudice); denied petition filing in 2016 at the U.S. Supreme Court – vis-à-vis this **2017-FCA-SCF-based Report** on at least 6 different, recently discovered alleged recoveries to the USG - <u>DO NOT INVOLVE:</u> *(i)* same parties, *(ii)* same law, *(iii)* same civil claims, *(iv)* same criminal charges, *(v)* same aims, *(vi)* any recovery to the Government. *APPENDIX, FN-6 to 12, §§A&B, §V.1 [40-41].* Id.

### [12] <u>PRO-SUDAN Discrimination-Anti-Semitism and other Violations</u>

<u>Part of §V.1(3) Charges</u> for pro-Sudan-Racial-Discrimination, 5th-Amendment/Tucker-Act abuses and frivolous filing by Tony West et al on behalf of the outgoing administration, are charged pursuant to FCA-SCF civil & criminal charges against Tony West *et al*; CFC No. *09-Civ-00869,* dockets ##*17 to 80.* §§A&B.

## VIII.    <u>COUNTS</u>

*Images:* NG X-47B, Boeing X-46, Boeing Stingray RQ-25A. **COUNTS**



projected are distributed in **sub-percentages** of **5.615%** recovery from **$84.5bn** [22-37] projected cost -- **$4.74475** initial estimate -- adjusted as in COUNT-I:

**COUNT I:** In lieu of GAO/Etc. public reports [22-32] re *B-21* $80 billion *NG/PWA/Spirit-AeroSystems* program, SCF-SCF-based alleged recoveries are **91.501%**, not including due *interest, escalation, expenses, award, v. projected payments distributed between contractors and subcontractors and rights/obligations v.* §V.1, §§A&B, Id.

**COUNT II:** Alleged **1.024%** of total FCA-SCF-based recoveries re *NG/PWA X-47B* [right] $942 million GAO/Etc. published cost [22-37], *adjusted as in COUNT I.* Id.

**COUNT III:** In lieu of GAO/Etc. reports 22, 32, 34 re *UCLASS* $2.68b projected cost to be contract-awarded to one winner out of four: *(1) General Atomics, (2) NG, (3) LM, (4) Boeing,* each, has so far been paid by the Government at least $15 million – an alleged **3.171%** of total FCA-SCF-based recoveries due back to the USG, *adjusted as in COUNT I.* Id.

**COUNT IV:** (1) FCA-SCF-based recovery by NG/PWA to the USG re the least known *NG/PWA RQ-180* (related to B-21) allegedly same initial estimate as in COUNT III, adjusted as in COUNT I, (2) Additional recoveries due to the USG from *unknown advanced air-launched cruise missile, strike missiles [GAO at 22]* and other unknown extensions and relevant USG programs. Id.

**COUNT V:** In lieu of GAO/Etc. reports 22-37 re *Boeing/GE X-45C/PHANTOM-RAY/STINGRAY/X-46* (right) $942 million paid to *Boeing/General Electric*: Alleged **1.114%** of total FCA-SCF-based recoveries due to the USG, *adjusted as in COUNT I,* or HIGHER if BOEING's JES-F-18-Super-Hornet based on our imported JES-F-18-HARV SACOM-JES-STVS technologies replaces the $400 bn F-35 Program, or part of it, and all these sub-percentages change accordingly,

**COUNT VI:** In lieu of GAO/Etc. reports 22, 32, 34 re *LM UCLASS candidate* **SEA GHOST** and GA *Avenger* [32] for advanced $15 million pay to each, the alleged recovery due to the USG is **0.019%** adjusted as in COUNT I, not including COUNT III in case of UCLASS win. Id.

## IX. CONCLUSION

Pursuant to FCA and SCF - the aforementioned allegations, claims and charges for alleged 1986 to 2017 *SHARED-THEFT-PAYS - §V.1* - are clearly defined and identified herein. Each presents a different set of facts and law - civil and criminal - RE alleged different sets of recoveries - which may be independently negotiated and/or implemented. Accordingly, each program and each defense contractor or subcontractor, under these different sets of factual uses and billings the Government for part of the seven times imported SACOM-JES-technologies – *TSBI 60-71* - may be compared with FN-10 - the *Contended Standard of Review* v. §§A&B - and actual

10

$4 BILLION recovery to government from 6 new defense programs, $27 Bn from OTHER programs

billing the Government vis-à-vis the law. For instance, the *First Group* - identified by §VIII COUNTS - allegedly defrauds the USG by about 5.6% out of $84.5 Billion projected cost of hidden-classified recent programs that should be divided to *sub-percentages*. Id.

## X.  REFERENCES and NOTES

1.  **37 year litigation, 17 year first, were ended by supreme-court-affirmation of (1) Final 100% ownership** *(A11-A18)*, **(2) 1986-1997** *[APPENDIX, TSBI-70 to 71]* **legal exporting of laboratory-and-flight-tested Israeli revolutionary air defense technology to the U.S.** The 1968-1999 development of classified, SACOM-JES-STVS IPA 78402 and derivatives [A11 to A18], has been protected since filed on April 2, 1986 as IPA-78402 [A11-A12] and updated  by A13-A18 in agreement with TIIT - *issues partly* caused by PRIME MINISTER RABIN ILLEGAL ORDER from late December 1986, [illegal beyond October 2 1986], which was affirmed illegal, but obeyed, as also concluded by state-classified, 1992-committee. NOTE: *NONE of stated above IPAs was EVER PUBLISHED or SHARED in PUBLIC.* Cf. TSBI 2 to 48, [2-3], USAF-NATO TSBI-1, §§A&B, [4-41].

2.  *FIRST-IN-HISTORY FLIGHT TESTS* of stated above SACOM-JES-STVS prototypes took place in May 1987 with *first-in-history tailless, canard-less*, stealth JES-STVS prototypes. It was also the *first controlled flight tests in deep post-stall domains, up to 170 AOA, and first-in-history* YAW-JES/PITCH-JES WVR-Type Combat Maneuvers (e.g., page IV images): -- *Cf. "Israelis Flight Test Jet-Powered RPV Fitted With Thrust Vectoring Nozzles", AVIATION WEEK, May 18, p. 21, 1987; May 30, 1987.*

3.  On these *FIRST-in-HISTORY* flight tests: *"UAV was pioneered by Professor Gal-Or's laboratory"*, *Mobile Robots*, 14, 3838, 209 (1999), TSBI-60, *"ISRAEL FLIES VECTORING RPV", FLIGHT INT'L, May 30, 1987; "Israel", "RPVs", JANE'S ALL THE WORLD'S AIRCRAFT,* 1987. Cf. [4-20], §§A&B.

4.  *Gal-Or, Benjamin,* Classified import-report to BOEING-MDD-NASA was delivered on June 16, 1995 in response to formal invitation by (1) NASA-DRYDEN's *Frank W. Bill Burcham, JR,* (2) *MDD Chief Engineer-Designer* (3) *Erwin Ulbrich* to update the *August 25, 1986* contract with Boeing. [APPENDIX]. It was invited post earlier unclassified video review-lecture at NASA-DRYDEN, hosted by Mr. Burcham. It was serviced to BOEING-NASA-MDD *by registered airmail from Israel on June 16, 1995. NOTE: FAA Termination by alleged pressure from BOEING was effected on Dec. 1994, [20] & TSBI-65.].* It was *addressed to MDD-BOEING.* No response, except one word from Erwin Ulbrich *"SORRY"*, upon inquiry about its no-response. TITLE: *"CONFLICT-AREA SURVIVABILITY & MISSION BENEFITS BY RETRACTABLE THRUST-VECTORING KITS WITHIN BUDGET FOR IMPROVED NEXT-PRODUCTION C-17s", "Fundamentals, Computer Simulations, Jet-Engine Tests and Flying Dynamically Similar Thrust-Vectored (JES-BOEING-727) PROTOTYPE-RPVs.";* Cf. [20], TSBI-65 §§A&B.

5.  Ibid. 1989 *"Dynamic Scaling, Pilot v. G-Loads under post-stall Maneuvers with vectored fighters", USAF San Antonio, BAFB, 1990, Report to USAF Colonel J. Tedor; TSBI-61. Reported classified.* 1989, www.dtic.mil/dtic/tr/fulltext/u2/a318761.pdf, citeseerx.ist.psu.edu/viewdoc/download? §§A&B.

6.  Ibid. *"Dynamic Scaling of Prototypes Using Radius of Gyration Method: Theory, Laboratory and Flight Tests", REPORT #I to USAF Capt. J. Wigle (Sep. 30, 1991); TSBI-62. Reported classified. §§A&B.*

7.  Ibid. REPORT #II to AF *Dr. D. W. Repperger, AL/WPAFB (Sep. 30, 1991); TSBI-62. Reported classified.*

8.  Ibid. Report to USAF *Col. J. Tedor, Deputy Director, Human Systems Div., BAFB, TX; AF Special Project, SPC-91-4003, AF/AFOSR/EOARD, 141 pages. TSBI-62. Reported as classified.* TSBI 60-71.

9.  Ibid. *Classified Contracts-Reports to LM/GD Ft Worth, TX, via Spence E. Peters, Tel. 817-935-1588, Main: 817-777-2000, E-Mail: Spence.e.pters@LMCO.com and Dorsett, both and pleader have maintained mutual visits during the longest cooperation programs in which all imported to the U.S. SACOM/JES/STVS technologies were inter alia provided to LM up to about 1997. TSBI-62, §§A&B.*

10. Ibid. *Classified Contracts-Reports to PWA, via Component Technology, R. E. (Bob) Davis, 1987-1994.*

11. Ibid. *Classified Contracts-Reports to General Electric, Aircraft Engines via Don Dunbar, Ed Rogala and VP Krebs. Rounded external & internal exhaust JES technologies. TSBI-64, 68, 69, §§A&B, [4, 20]*

12. Ibid, *1989-1990 "LANDMARK BOOK", FOREWORD by Chief USAF Scientist Dr. Richey "Vectored Propulsion, Supermaneuverability and Robot Aircraft", Springer Verlag, N.Y. and Heidelberg, reviewing 237

11

**$4 BILLION recovery to government from 6 new defense programs, $27 Bn from OTHER programs**

references and 182 drawings on prior art up to 1986 and a few up to 1990, ISBN 0387-97161-0, 3-540-87161-0, TL685.3.G23 1989, 629.134'353-de20, 89-21797. Copyrights Holder: Benjamin Gal-Or.

13. *Ibid,* "*Novel, Post-Stall, Thrust-Vectored F-15 RPVs: Laboratory and Flight Tests*" *USAF*, 1990, 188 pages, *(Canardless designs proved* initial opposition in the U.S. wrong *[TSBI-60, FN6]. Same in Russia, China, India, EU (known via their videos). Refrs. 13-17 deal with KEY CLASSIFIED DESIGNS but were published by USAF* -- apparently being studied since 1990 in *Russia & China* prior to their correction from *wrong canarded to super canard-less A/C revealed years later!*

14. *Ibid,* "*Tailless Vectored Fighters: Theory, Laboratory and Flight Tests*", USAF, 196 pages, July 15, 1991. *Reported classified.* Cf. [13-20].

15. *Ibid,* "*Vectorable Inlets/Nozzles and Tailless Flying Models vs. Pilot's Tolerances Affecting Maximum Post-Stall Vectoring Agility*"; *USAF*, 238 pages. These specific JES-F-15 prototype tests in Israel did not include relator's classified SACOM/JES/STVS studies reviewed during TSBI-60 presentation at WPAFB. Reported classified. §§A&B. Cf. [13-20].

16. *Ibid,* "*RCC Production/Processing By New Methods*", Technion, 1988. A Research Contract Funded by USAF. Cf. 12 at 10, APPENDIX at A20 -RCC. Reported classified, §§A&B, [13-20].

17. *Ibid,* "*Tailless Vectored Fighters: Theory, Laboratory and Flight Tests*", *USAF*, WPAFB, Ohio, USA, AFOSR FY 1456-8905052, 196 pages, July 15, 1991. TSBI-60. Reported classified, §§A&B. Cf. [13-20].

18. *Ibid.* Published physics and basic Scientific Concepts make the 100 years old, Conventional, Aerodynamic-only Flight Control, "CAFC", obsolete, "The Fundamental Concepts of Vectored Propulsion", [AIAA] J. Propulsion and Power, 6, 747-757, 1990; "Maximizing Post-Stall, Thrust-Vectoring Agility and Control Power", [AIAA] J. Aircraft, 29, 647-651, 1992. §§A&B. Cf. 13-20.

19. *Ibid. Low-cost testing methodology makes traditional wind-tunnelling tests obsolete:* "Thrust Vectoring: Theory, Laboratory, and Flight Tests, [AIAA] J. Propulsion &Power, 9, 51-58, 1993. [12] at 10.

20. *Ibid. CIVILIZING Military JES for maximized flight safety of passengers and cargo transports by added TV/Thrust-Reversing kits, allegedly terminated by Boeing pressuring FAA. (TSBI-65). Ibid.* "Multiaxis Thrust Vectoring Flight Control" BOEING allegedly demanded FAA to terminate it. Reports to Dept. of Transportation/FAA, Tech. Center, ACD-210, *FAA* X88/0/6FA/921000/4104/T1706D, FAA Res. Grant-Award 94-G-24, CFDA, 20.108, Dec. 26, 1994. Cf. Ref. 4 and TSBI-65. §§A&B. Cf. 13-20.

21. *Herbst, W.,* "*Super-maneuverability*", *MBB/FEI//S/PUB/120,7, 10. 1983: AGARD, FMP Conf. on fighter maneuverability, Florence, 1981; AGARD CP-319. [1990 Ref. 12 at 32, 154; Non-STVS design.].

22. **B-21 $80 billion** projected program cost: $23.5 bn (partly done) R&D, $56.4 bn in production by NG/PWA/Spirit-AeroSystem and suppliers of STVS (possibly with JES) defined by DOD head Carter, (the) "*backbone of the Air Force future strike and deterrent capabilities*" (painted image, p. V), Seattletimes, 11-29-2015; §V.1(1), COUNTS, §§A&B, Id. Cf. "*Defense Authorization Act for 2017*", *U.S. Senate Arm. Serv. Com.;* Voted not to publicly release **B-21** program's cost - yet, **GAO**, on 25 October, 2016: Air Force awards the *B-21* contract to Northrop Grumman/PWA/Spirit AeroSystems with commonality to F-35 with *PWA Engine F-135.* -- In April 2016 the USAF announced it needs 175-200 B-21s thus projecting total $80 billion projected program cost [22 to 32], $23.5 bn was partly paid on R&D, by NG/PWA/Spirit-AeroSystem and suppliers §V.1(1), COUNTS, §§A&B, Id. [23-30]. **NOTES:** The B-21 is more than a bomber: **(1)** it is not segregated to past missions, **(2)** it may be **pilotless**, thus, if needed, its mission is **one-way, (3)** it can be mixed with a cloud of small **decoy bombs** (APPENDIX at A2), **(4)** it can **hide inside fleets of low-cost** SACOM-JES-STVS drones equipped with low-cost ducted-fans COLD JETS or VCE JET ENGINES). Cf. Our Ref. 12 at 197, 199, 207, 213 and FB-22, RQ-180, various UCAVs, UAVs, **which** may also need max-safe **loitering** via *adaptive cycle jet engines, or ADVANT, EETD, AETP,* **(5)** performs as interceptor by means of short or long range AA or AtG missiles. CF. Water-based JES-STVS. *TSBI 60, APPENDIX, §§A&B.* -- **UCLASS** *Program:* **GAO**-16-389R from March 24, 2016: DOD changed the *UCLASS* program in its 2017 budget from high-profile strike-attack to low profile *Carrier Based Aerial Refueling System* (CBARS); The Navy is to invest $2.68 billion in this program. [32, 33, 35]. -- **GAO:** The **RQ-180** program has influenced the development of *(1) the B-21 (LRS-B), (2) advanced air-launched cruise missile, (3) Strike missiles. [RQ-180 is replacing LM RQ-170 captured by Iran and never returned.]* (4) Boeing Phantom Ray/Stingray/*RQ-25A/X-45C/X-46.*

23. "*Air Force reveals B-21 Long Range Strike Bomber*". *Af.mil. 2016-02-26.*

24. *175-200 **B-21** needed according to USAF, **GAO** $550 million/unit; Flightglobal.com. 2016-02-26.*

25. "*USAF Global Strike chief seeks beefed-up bomber force*". *Flightglobal.com. 2016-02-26.*

12

**$4 BILLION recovery to government from 6 new defense programs, $27 Bn from OTHER programs**

26. *On B-21 costs National Defense Industrial Association. 2016-06-21.*
27. *"USAF names seven top-tier Northrop B-21 suppliers". Flightglobal.com. 2016-03-08.*
28. *"U.S. F-35 chief expects savings after Pratt's B-21 bomber win". Reuters. 2016-3-10*
29. *USAF: Minimum 100-175 B-21 are needed. Flightglobal.com. 2016-04-20.*
30. *"New stealth bomber's cost is under the radar". CNN. 2016 -07-05.*
31. LM **Sea Ghost**; *RQ-180; Boeing* **Phantom-Ray**; *PM Aug. 12, 2016.* [37].
32. **GAO**: In *fiscal year 2017 budget Navy plans* **UCLASS** *low profile mission change.* DOD plans "restructured" UCLASS mission for *fiscal year 2017 budget submission.* **GAO** is to keep monitoring this *UCLASS-highly-debated mission changes.* **UCLASS General Atomics Avenger** *Candidate with PWA Canada Jet Engine 545B.* It made its first flight in 2016. *Flightglobal.com. 2016-11-11.*
33. *GAO-15-374: Air-defense DOD debate on* **UCLASS high-profile**, *original mission vs. new, low-profile which has delayed UCLASS development by 3 years, from 2014 to 2017.* -- *Prior to February 2016, the Navy asked* $3 billion for the **UCLASS** program. --- **GAO**-15-374: DOD debate: *Previous UCLASS requirements emphasized strike roles with limited surveillance.* --- NG B-21 unit cost estimated by **GAO** at $550 million. For 145 units projected cost is around $80 billion. With NG/Allison **RQ-4 Global Hawk** drone, $10 million program cost NOT included. Other estimates were published. --- Initially NG received $2 billion for "restricted programs" of a "demonstrator". ---- US *Secretary of Defense* at that time, *Robert Gates*, stated the need *for pilotless next-generation bomber option.* ---- Boeing announced that its previous joint project with LM suspended "drawing on the capabilities (also) of systems like the F-35 and F-22 to help a more affordable and versatile bomber complete its missions."
34. *"US Navy funds additional* **X-47B** *development". Flightglobal.com. 27 June 2014.*
35. *$2.68 billion assigned to* **UCLASS** *program through FY2019.* **X-47B** *variant funded. Flightglobal.com.*
36. **GAO**, in August 2005: *DOD awarded GE & Rolls-Royce $2.4 billion contract to develop the* **F136** *engine as alternative for the* **F-35/PWA Engine F136.** ---- *LM Conceptual designs of a new JES STVS FB-22 Bomber* includes adaptation of **GE-F136** or **PWA-F135** jet engines. *Multi Axis No Tail (JES-STVS)* **X-44** *MANTA* (page II) *was to fly in 2007. It influenced various new conceptual designs.* Cf. Ref. 22, **GAO** and *GlobalSecurity* 07-07-2011. §§A&B.
37. **GAO**, in July 2005: Boeing was paid by the USG $767 million for its *X-45C* program on top of $175 million in October 2004. It lost two competitions (1) vs. NG X-47B program (apparently terminated post $866 million funding) and the new NG B-21 program. [22].
38. DOJ, OFFICE of PUBLIC AFFAIRS, December 14, 2016: Over $31.3 billion has been recovered since 2009. See also "Examination of the *Expanding Federal False Claims Act* and its *Impact on Regulated Businesses*," *"Liability Litigation Committees"* CLE Seminar (Jan. 31, 2015) AND §§A&B.
39. Trump poised for cost-cutting battle with defense contractors. *foxnews 12-26-2016.*
40. *"CONTINUING VIOLATIONS DOCTRINE", Yale Law School,* 2001, Vol. 43.2 p. 232-326 v. §§A&B.
41. *U.S. DOJ 2015 Guiding Book* on *Asset Forfeiture,* https://www.justice.gov/sites/default/files/criminal-afmls/legacy/2015/04/24/statutes2015.pdf; SCF (p. VI); 21 U.S.C. § 853, Chapter 29, NATIONAL DEFENSE CONTRACTORS, (sections 1431-1436); "SECURITY AND INTELLIGENT DOCUMENTS"; "GPO NATIONAL ACCOUNT MANAGERS". FN-10.

# XI.  Reimbursing This-Report-Expenses and Court Fees

Pursuant FCA-SCF-based award and expenses to prepare this REPORT, the U.S. AG Office is to reimburse this-report-preparation-expenses: 95 days (November 5, 2016 to 31 Jan. 2017) times an average 11 hrs/day, times $75/hr. = $78,375.00 USD plus 12% office expenses and Court fees. Id.

**$4 BILLION recovery to government from 6 new defense programs, $27 Bn from OTHER programs**

## XII.    SERVICE CERTIFICATE

This Complaint - sealed Report to U.S. AG - is filed both as Main Text and Appendix, which are serviced by the undersigned, Tel. +63-908-546-8113, via express, *internet tracking* airmail, 5 to 10 days delivery from the Philippines via LBC-Philippines AND Int'l DHL, addressed to:

(1)    **U.S. ATTORNEY GENERAL JEFF SESSIONS** and **former ACTING U.S. AG DANA J. BOENTE**, Department of Justice, 950 Pennsylvania Avenue, NW Washington, DC 20530-0001, USA, **Tel. 202-514-2000**, -

(2)    **THE US DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION, Karen Mitchell, Clerk of Court**, Suit 1700, 501 West 10th St #310, Fort Worth, TX 76102-3673, USA, **Tel. 817-850-6600**,

(3)    **THE US ATTORNEY, Fort Worth Office.** Burnett Plaza Suite 1700, 801 Cherry Street, Fort Worth, Texas 76102-6882, USA, **Tel. 817-252-5200.**

Due to often failed <u>DHL</u> international mail delivery <u>from the Philippines</u> please verify that each <u>other destination had obtained this internet tracking, express, special delivery mail.</u>

Filed herein: 21-APPENDIX DOCUMENTS and 14+8-pages of this MAIN TEXT

Dated on        *10th*        of February, 2017

Benjamin Gal-Or                David Fernandez Galor                Monica C. Fernandez

14



We Li
Mov

CEIPT NO.
ATE ACCEPTED I
210

certify that there is no cash and/o
so certify that I have read & acc
ated at the back of the receptacle

RESS WORLDWIDE    DOX =DHL=
EasyShip

M .BANES CHRISTINE JANE C           Origin:
LBC EXPRESS INC/ VEVSL              MNL
GENERAL AVIATION CENTER
DOMESTIC AIRPORT COMPOUND

1300 PASAY CITY                     Contact:
PHILIPPINES, THE                    Ph: 8522164

: KAREN MITCHELL CLERK OF COURT, INPERSON    Contact:
KAREN MITCHELL CLERK OF COURT, INPERSON      Ph: 8178506600
SUIT 1700 501 WEST 10TH STREET
NO. 310 FORT WORTH TEXAS 76102-3673 USA

76102 FORT WORTH, TEXAS
UNITED STATES OF AMERICA

## US-COP-FTW

Day    Time

L TO: 642270351          Shipment Weight: 0.50kg    Piece:
ipment Ref:191385179777        Date: 2017-02-11    1/1

tent: DOCUMENTS INSIDE AS PER SHIPPER



WAYBILL 4082377386



(2L)US76102+42000000

(J) JD01 4600 0040 2476 6620



CLERK U.S. DISTRI
NORTHERN DISTRIC

FROM:

FULL NAME (Last Name, First Name, Middle Name)
Bañez, Christine Jane Cataro

COMPLETE ADDRESS (Unit Number, House/Building/Street Number, Street Name, Barangay/Subdivision, City/Municipality, Province)
Avinca Village, Blk 10, Lot 5, Malaybalay City,
Bukidnon, Mindanao, 8700, Philippines

CONTACT NUMBERS
09206242279

TO:

FULL NAME (Last Name, First Name, Middle Name)
KAREN MITCHELL, Clerk of Court, Inperson

COMPLETE ADDRESS (Unit Number, House/Building/Street Number, Street Name, Barangay/Subdivision, City/Municipality, Province)
Suit 1700, 501 west 10th Street # 310, Fort Worth
Texas 76102-3673, USA

CONTACT NUMBERS
Tel. 817 - 850 - 6600