IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. BENJAMIN GAL-OR et al., | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civil Action No. 4:17-cv-00139-O |
| NORTHROP GRUMAN et al., | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. This case is **DISMISSED with prejudice**.

2. The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring the same.

3. The clerk shall transmit a true copy of this Judgment to the parties.

**SO ORDERED** on this **26th day of October, 2017.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE